UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASSANDRA BRYANT CRAWFORD, | § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 3:25-CV-1211-X-BN |
| v. | § § | |
| CITY OF DALLAS, | § § | |
| | § | |
| *Defendant.* | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). Plaintiff Cassandra Bryant Crawford filed a supplemental notice (Doc. 8). The Court will construe this filing as an objection. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and **DENIES** the motion to reopen this case and for emergency injunctive relief (Doc. 6).

**IT IS SO ORDERED** this 7th day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE